IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE TENDERLOIN HEALTH,

    Debtors.

No. C 13-03992 JSW

E. LYNNE SCHOENMANN, Trustee,

    Plaintiff/Appellant,

v.

BANK OF THE WEST,

    Defendant/Appelle.

**ORDER TO SHOW CAUSE**

    On August 28, 2013, Plaintiff/Appellant E. Lynne Schoenmann filed a notice of appeal from a Bankruptcy Court judgment. (Docket No. 1.) On September 4, 2013, the Bankruptcy Record on Appeal was docketed in this Court. (Docket No. 3.) On September 5, 2013, a scheduling order was issued, which advised the parties that Appellant's brief was due on or about October 3, 2013. Appellant has not filed a brief by that date and has not filed a motion for an extension of time. Accordingly, Appellant is HEREBY ORDERED TO SHOW CAUSE why this appeal should not be dismissed for failure to prosecute. If Appellant seeks an extension of time to file an opening brief, Appellant must show good cause for any requested extension.

//

//

1  Appellant's response to this Order to Show Cause shall be due by no later than
2  November 1, 2013.
3  **IT IS SO ORDERED.**
4  Dated: October 21, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE