IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE TENDERLOIN HEALTH,

    Debtors.

No. C 13-03992 JSW

_____/

E. LYNNE SCHOENMANN, Trustee,

    Plaintiff/Appellant,

v.

BANK OF THE WEST,

    Defendant/Appelle.

_____/

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    The Court has received the Motion for Extension of Time to file an opening brief, which responds to the Court's Order to Show Cause dated October 21, 2013. The Court finds good cause to discharge the Order to Show Cause, although counsel is admonished to ensure its account with the Court's e-filing system is up to date.

    Appellant also has requested an extension of time to file the opening brief. Appellee does not oppose the request. Accordingly, the Court GRANTS the request. Appellant's opening brief shall be due within fourteen (14) days of the date of this Order.

    **IT IS SO ORDERED.**

Dated: October 28, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE